IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

BRENDA LYNN GEIGER, ET ALS.,

    Plaintiffs,

v().                                    Civil Action No. _____
                                      Virginia Beach Circuit Court Case No. CL20-7836

OMEGA RESTAURANT & BAR, LLC
D/B/A OMEGA BAR A/K/A OMEGA,
AND
DOES 1 THROUGH 5,

    Defendants.

## OMEGA RESTAURANT & BAR, LLC'S NOTICE OF REMOVAL

Defendant Omega Restaurant & Bar, LLC ("Omega"), by counsel, submits this Notice of Removal pursuant to 28 U.S.C. § 1446(a), and in support thereof states as follows:

### A. PROCEDURAL BACKGROUND

1. On or about September 21, 2020, Plaintiffs filed a Complaint in the Circuit Court of Fairfax County, Virginia, Case No. CL2020-14428 alleging various state law claims for (1) violation of plaintiffs' right of publicity, unauthorized appropriation and use of likeness pursuant to Va. Code § 8.01-40; (2) violation of Virginia's business conspiracy statute pursuant to Va. Code § 18.2-499 and 500; (3) defamation; (4) negligence and *respondeat* superior; (5) unjust enrichment; and (6) quantum *meruit*. See Complaint (Exhibit A)[1]

2. Defendant timely filed an Answer to the Complaint (Exhibit B) as well as a Motion to Transfer Venue (Exhibit C), which was agreed to by Plaintiffs. Accordingly, the case was

---

[1] The Exhibits attached to Plaintiffs' Complaint are voluminous and total approximately 491 pages. Accordingly, we will submit the Exhibits under separate cover to the Court, unless instructed otherwise.

transferred to Virginia Beach Circuit Court, Case No. CL20007836 wherein the Defendant is located. See Order (Exhibit D).

3. Defendant filed a Demurrer (Exhibit E) and Plea in Bar (Exhibit F) to the Complaint, which were heard by the Court on March 29, 2021. The Court sustained in part and overruled in part the Demurrer and Plea in Bar and ordered Plaintiffs to file an Amended Complaint on or before April 9, 2021. See Order dated May 4, 2021 (Exhibit G).

4. Plaintiffs submitted the Amended Complaint to counsel for Defendant on April 9, 2021. In the Amended Complaint, Plaintiffs seek relief and damages for alleged violation of the Lanham Act, 15 U.S.C. § 1125 (a)(1)(A) for false association, as well as several state law claims. See Amended Complaint at ¶¶ 152-160 (Exhibit H).

5. Defendant timely filed an Answer to the Amended Complaint (Exhibit I) as well as a Demurrer and a Plea in Bar on April 30, 2021. See Demurrer to Amended Complaint (Exhibit J) and Plea in Bar to Amended Complaint (Exhibit K).

6. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. §1446(b).

## B. GROUNDS FOR REMOVAL

7. The present suit is an action over which the United States District Court, Eastern District of Virginia, Norfolk Division has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1446(b). Removal is proper because Plaintiffs' claims present a federal question. See 28 U.S.C. §§ 1331 and 1441(a). In the Amended Complaint, Plaintiffs seek damages against Defendant for alleged violations of the Lanham Act, 15 U.S.C. 1125(a)(1)(A).

### C. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

8. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court, Eastern District of Virginia, Norfolk Division because it is in the district and division embracing the place where the state court action is pending.

9. In accordance with 28 U.S.C. § 1446(a), a copy of all executed process, pleadings asserting causes of action, and orders in the state court action are attached hereto as Exhibits A to K.

10. Defendant timely filed responsive pleadings to the Complaint and Amended Complaint, copies of which (with file-stamped first page) are attached hereto.

11. Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days after Defendant was first served with the Amended Complaint, the initial pleading setting forth the claims for relief upon which Plaintiffs' federal question action is based.

12. Promptly after the filing of this Notice of Removal, Defendant shall give written notice of the removal to the Plaintiffs and will file a copy of this Notice of Removal with the Circuit Court of the City of Virginia Beach, Virginia, as required by 28 U.S.C. § 1446(d).

WHEREFORE, PREMISES CONSIDERED, Defendant, hereby gives notice that this action is removed to the United States District Court for the Eastern of Virginia, Norfolk Division, and requests that it receive such other and further relief to which it may show itself justly entitled at law or in equity.

OMEGA RESTAURANT & BAR, LLC

s/Joseph M. Moore
Joseph M. Moore, Esq. (VSB No. 48591)
Karissa T. Kaseorg, Esq. (VSB No.
McCandlish Holton, P.C.
P.O. Box 796
Richmond, VA  23218
1111 E. Main Street, Suite 2100
Richmond, VA 23219
(804) 775-3100 Telephone
(804) 819-1174 Facsimile
joe.moore@lawmh.com
kkaseorg@lawmh.com

J. David Crain (VSB No. 78399)
Wilcox & Savage, P.C.
440 Monticello Ave., Suite 2200
Norfolk, Virginia 23510
Telephone: (757) 628-5500
Facsimile:  (757) 628-5566
jcrain@wilsav.com
*Counsel for Omega Restaurant & Bar, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the following:

Timothy D. Fisher (VSB No. 85323)
Paul T. Walkinshaw (VSB No. 66049)
Christine A. Bondi (VSB No. 94666)
Wharton, Levin, Ehrmantraut & Klein
10300 Eaton Place, Suite 210
Fairfax, VA 22030
(703) 591-9700
(703) 591-0023 Facsimile
tdf@wlekn.com
ptw@wlekn.com
cab@wlekn.com
*Local Counsel for Plaintiffs*

and

John V. Golaszewski
The Casas Law Firm, PC
1740 Broadway, 15th Floor
New York, NY
(646) 872-3178
(855) 220-9626 Facsimile
john@talentrights.law

And I hereby certify that on this 7th day of May, 2021, I caused a true copy of the foregoing to be sent via U.S. mail to:

Hon. Tina E. Sinnen, Clerk
Virginia Beach Circuit Court
2425 Nimmo Parkway
Building 10 & 10B, 3rd Floor
Virginia Beach, VA 23456-9017

                                              s/Joseph M. Moore
                                              Joseph M. Moore, Esq. (VSB No. 48591)
                                              Karissa T. Kaseorg, Esq. (VSB No.
                                              McCandlish Holton, P.C.
                                              P.O. Box 796
                                              Richmond, VA  23218
                                              1111 E. Main Street, Suite 2100

Richmond, VA 23219
(804) 775-3100 Telephone
(804) 819-1174 Facsimile
joe.moore@lawmh.com
kkaseorg@lawmh.com

J. David Crain (VSB No. 78399)
Wilcox & Savage, P.C.
440 Monticello Ave., Suite 2200
Norfolk, Virginia 23510
Telephone: (757) 628-5500
Facsimile:  (757) 628-5566
jcrain@wilsav.com
*Counsel for Omega Restaurant & Bar, LLC*