IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

BRENDA LYNN GEIGER, et al.

                                           *Plaintiffs*,

             - against -                     Civil Action No. 2:21-cv-00256

OMEGA RESTAURANT & BAR, LLC,

                                           *Defendant*.

## JOINT MOTION FOR ENTRY OF PROPOSED CONSENT JUDGMENT

Plaintiffs BRENDA LYNN GEIGER, CLAUDIA SAMPEDRO, IRINA VORONINA, JESSICA BURCIAGA, JESSICA ROCKWELL, LINA POSADA, LUCY PINDER, MAYSA QUY, PAOLA CANAS and SANDRA VALENCIA (collectively, "Plaintiffs") and Defendant OMEGA RESTAURANT & BAR, LLC ("Defendant" or "Omega"), by and through their undersigned counsel, jointly move this Court for entry of the proposed consent judgment submitted herewith as Exhibit A.  As set forth thereon, this consent judgment of ONE HUNDRED AND FIFTY-FIVE THOUSAND DOLLARS ($155,000) (hereinafter, the "Stipulated Judgment") has been negotiated by the parties in connection with the settlement of all claims in this action and is reasonable in light of what a jury might reasonably award in compensation attributable to Defendant's alleged conduct, coupled with the amount of attorneys' fees and costs the Court may reasonably award pursuant to 15 U.S.C. § 1117 in the event Plaintiffs prevails at trial.  Considering this, the parties respectfully request that the proposed final consent judgment be entered by the Court.

                                                              Respectfully Submitted,
                                                              BRENDA LYNN GEIGER, et al.
                                                              By Counsel

WHARTON, LEVIN, EHRMANTRAUT & KLEIN, P.A.

 /s/ Christine A. Bondi
Timothy D. Fisher      (VSB No. 85323)
Paul T. Walkinshaw   (VSB No. 66049)
Christine A. Bondi     (VSB No. 94666)
10300 Eaton Place, Suite 301
Fairfax, Virginia 22030
Phone: (703) 591-9700
Fax:    (703) 591-0023
Email: tdf@wlekn.com
          ptw@wlekn.com
          cab@wlekn.com
*Local Counsel for Plaintiffs*

and

THE CASAS LAW FIRM, PC


/s/ John V. Golaszewski
John V. Golaszewski, Esq.
New York Bar No. 4121091
1740 Broadway, 15th Floor
 New York, New York
 Phone: (646) 872-3178
Fax:    (855) 220-9626
Email: john@talentrights.law
*Plaintiffs' Counsel, Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2022, I electronically filed the foregoing document with the Clerk of the Court using the Court's electronic case filing system (CM/ECF) which will send a notification of such filing (NEF) to the following:

>Patrick D. Blake, Esq.
>Paris H. Thompson, III, Esq.
>Willcox & Savage, P.C.
>440 Monticello Avenue, Suite 2200
>Norfolk, Virginia 23510
>Telephone: (757) 628-5500
>Facsimile: (757) 628-5566
>E-Mail:  pblake@wilsav.com
>            pthompson@wilsav.com
>*Counsel for Omega Restaurant & Bar, LLC*
>
>Joseph M. Moore, Esq.
>Karissa T. Kaseorg, Esq.
>McCandlish Holton, P.C.
>1111 E. Main Street, Suite 2100
>Richmond, Virginia 23219
>Telephone: (804) 775-3100
>Facsimile: (804) 819-1174
>E-Mail: joe.moore@lawmh.com
>            kkaseorg@lawmh.com
>Counsel *for Omega Restaurant & Bar, LLC*

                                                  */s/ Christine A. Bondi*
                                                  Christine A. Bondi